The People of the State of New York, Respondent, v. P. T. Cox Construction Co., Inc., and Frank Murray, Appellants.— Judgment unanimously affirmed. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Dore, JJ. [172 Misc. 244.]

Bernard Katz, Inc., Appellant, v. East 30th Street Corp., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements, on the authority of Weiler v. Dry Dock Savings Institution (258 App. Div. 581). Present — O'Malley, Townley, Glennon, Untermyer and Dore, JJ. [172 Misc. 873.]

Nicholas Katsoris, as Ancillary Administrator of the Estate of Demetrios Theodore Drivas, Late of Piræus, Greece, Respondent, v. Theodore D. Drivas, Appellant, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant-appellant to answer within twenty days after service of order upon payment of said costs. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Dore, JJ.

Morris Cohon and Another, Respondents, v. United States Fidelity & Guaranty Company, Appellant.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Dore, JJ. [172 Misc. 51.]

Louis Schoicket & Son, Inc., Respondent, v. House Alteration Corp., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Dore, JJ.

United States Fidelity and Guaranty Company, Plaintiff, Respondent, v. The National City Bank of New York, Defendant, Appellant, Respondent, and The Chase National Bank of the City of New York and Federal Reserve Bank of New York, Impleaded Defendants, Respondents, Appellants, Mariners Harbor National Bank of Port Richmond, N. Y., and Staten Island National Bank and Trust Company, Impleaded Defendants, Appellants, and Corn Exchange Bank Trust Company and Others, Impleaded Defendants.— Judgment, so far as appealed from, and the order unanimously affirmed, with costs to the plaintiff against the defendants-appellants. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Dore, JJ.

The People of the State of New York, Respondent, v. John Sheehan and Another, Appellants.— Judgment unanimously affirmed. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of Frederick Rodiek, as Ancillary Executor of the Will of Johann Friederich Hackfeld, Deceased, for an Allowance of Attorney's Fees and Expenses. Frederick Rodiek, as Ancillary Executor, etc., of Johann Friederich Hackfeld, Deceased, Appellant; The United States of America and Irving Trust Company, Respondents.— Order unanimously affirmed, with costs to the respondent The United States of America. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Dore, JJ.

Anne Ritholtz, Appellant, v. Isidore Schilder and Others, Defendants, Impleaded with Joseph G. Cohen and Others, Respondents.— Judgment, so far

as appealed from, unanimously affirmed, with costs. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Dore, JJ.